UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| ROBERT CLARK THOMPSON JUNIOR [*nka*] ACHAK BEN ANIYUNWIYA, | : | Case No. 2:22-cv-2568 |
| Plaintiff, | : : : | Judge Michael H. Watson |
| vs. | : : | Magistrate Judge Peter B. Silvain, Jr. |
| STATE OF OHIO - JUDGE KALIS, *et al.*, | : : | |
| Defendants. | : | |

**ORDER**

This matter is before the Court on Plaintiff's Notice of Change of Address and Motion for an extension of time. (Doc. 8, 9). Plaintiff notes that he has been transferred to a new correctional institution and asks for additional time to sign and return a complaint as ordered by this Court. (Doc. 9).

Plaintiff's request for more time pertains to his other case: No. 2:22-cv-2325. To that extent, the Motion is **DENIED.** In the instant case, No. 2:22-cv-2568, Plaintiff's Complaint was signed when it was submitted. (Doc. 1, PageID 7). However, the Undersigned has recommended that this Court dismiss the Complaint in this case in its entirety. (*See* Report and Recommendation, Doc. 7). It appears that due to Plaintiff's transfer, he may not have received the Report and Recommendation yet.

Accordingly, Plaintiff's Motion (Doc. 9) is **CONSTRUED** as a motion for additional time to file objections to the Report and Recommendation (Doc. 7). This Motion is **GRANTED**. Plaintiff may file objections within 30 days of the date of this Order. The Clerk of Courts is

**DIRECTED** to send a copy of the Report and Recommendation (Doc. 7) to Plaintiff with this Order at his new address.

To keep the docket of this case clear, the Clerk is also **DIRECTED** to **STRIKE** the copy of the complaint from Case No. 2:22-cv-2325 that is attached Plaintiff's Motion filed in this case. (*See* Doc. 9-1).  That complaint will be considered in Case No. 2:22-cv-2325.

**IT IS SO ORDERED.**


August 31, 2022                                  *s/Peter B. Silvain, Jr.*
                                                 PETER B. SILVAIN, JR.
                                                 UNITED STATES MAGISTRATE JUDGE