UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Achak Ben Aniyunwiya,

    Plaintiff,

    v.

Judge Maria Kalis, *et al.*,

    Defendants.

Case No.: 2:22-cv-2568

Judge Michael H. Watson

Magistrate Judge Silvain, Jr.

### ORDER

The Magistrate Judge performed an initial screen of this prisoner civil rights case pursuant to 28 U.S.C. § 1915A(a) and § 1915(e)(2) and issued a Report and Recommendation ("R&R"). R&R, ECF No. 7. The R&R recommends dismissing Plaintiff's Complaint. *Id.* at 15. The R&R advised Plaintiff of his right to object to the recommendations contained therein and of the consequences of failing to do so. *Id.* at 16. Upon receipt of a notice of change of address, a copy of the R&R was sent to Plaintiff's updated address, and he was given an additional thirty days to object to the same. *See* ECF No. 10. The deadline for objecting has passed, and Plaintiff failed to file objections.

    Accordingly, the R&R is **ADOPTED**. The Court **DISMISSES WITH PREJUDICE** Plaintiff's claims against the State of Ohio, Judge Kalis, Attorney Starcher, and Muskingham County Public Defender, Donita Barnett, and the Zanesville Times Recorder. The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Sheriff Lutz and Captain Suciu. Further, the Court

**CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

                                            */s/ Michael H. Watson*
                                            **MICHAEL H. WATSON, JUDGE**
                                            **UNITED STATES DISTRICT COURT**